writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James W. Broaddus* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *F. E. Youngman* for respondent.

No. 956. GARDZIELEWSKI *v.* UNITED STATES. March 30, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Herman S. Waller* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 963. WALSH *v.* SCHOOL DISTRICT OF PHILADELPHIA. March 30, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. George C. Klauder* for petitioner. *Messrs. Franklin S. Edmonds, C. Brewster Rhoads,* and *J. Warren Brock* for respondent.

No. 968. MASSACHUSETTS HAIR & FELT Co. *v.* B. F. STURTEVANT Co. March 30, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Wm. S. Hodges* for petitioner. *Messrs. Melvin R. Jenney* and *Harry Dexter Peck* for respondent.

No. 972. O'BRIEN *v.* PABST SALES Co. March 30, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. G. Storey* for petitioner. *Mr. Alex F. Weisberg* and *Wm. T. Woodson* for respondent.